THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. EDDIE L. DAVIS, Defendant-Appellant.

(No. 56536; )

First District (5th Division)—March 2, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.